UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KENNETH H. KATZ,<br><br>    Plaintiff,<br><br>FOREFRONT DERMATOLOGY, S.C.,<br>f/k/a DERMATOLOGY ASSOCIATES<br>OF WISCONSIN, S.C.,<br><br>    Involuntary Plaintiff,<br><br>vs.<br><br>UNITED OF OMAHA LIFE<br>INSURANCE COMPANY<br><br>and<br><br>ABC INSURANCE COMPANY,<br><br>    Defendants. | Case No: 1:19-cv-00864-WCG<br>Case Code: 30301 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, the above-entitled matter having been fully settled and resolved,

NOW, THEREFORE, it is hereby stipulated and agreed by and between Plaintiff Kenneth H. Katz and Involuntary Plaintiff Forefront Dermatology Associates, S.C. and Defendant United of Omaha Life Insurance Company that the above-entitled matter may be dismissed with prejudice under and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED AND AGREED that the Court may enter an order dismissing the matter with prejudice, without taxation of costs and/or attorney's fees to any party.

SALUTZ & SALUTZ LLP

Date: 1/7/20　　　　　　　　　By  */s/ Kevin P. Stangel*
　　　　　　　　　　　　　　　　Kevin P. Stangel (WI Reg. No. 1032961)
　　　　　　　　　　　　　　　　P.O. Box 187
　　　　　　　　　　　　　　　　823 Marshall Street
　　　　　　　　　　　　　　　　Manitowoc, WI 54221-0187
　　　　　　　　　　　　　　　　Phone: 920-682-4644

**ATTORNEYS FOR PLAINTIFF KENNETH H. KATZ AND INVOLUNTARY PLAINTIFF FOREFRONT DERMATOLOGY ASSOCIATES, S.C. F/K/A DERMATOLOGY ASSOCIATES OF WISCONSIN, S.C.**

NILAN JOHNSON LEWIS PA

Date: 1/7/20　　　　　　　　　By  */s/ William D. Hittler*
　　　　　　　　　　　　　　　　William D. Hittler (WI Reg. No. 1029038)
　　　　　　　　　　　　　　　　120 South Sixth Street, Suite 400
　　　　　　　　　　　　　　　　Minneapolis, MN 55402-4501
　　　　　　　　　　　　　　　　Phone: 612-305-7500
　　　　　　　　　　　　　　　　Fax: 612-305-7501
　　　　　　　　　　　　　　　　whittler@nilanjohnson.com

**ATTORNEYS FOR DEFENDANT UNITED OF OMAHA LIFE INSURANCE COMPANY**

4851-0013-0991.1

2

Case 1:19-cv-00864-WCG    Filed 01/07/20    Page 2 of 2    Document 8